IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HYBRID AUDIO, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  1:16-cv-12422-RWZ |
| | ) | |
| CREATIVE TECHNOLOGY LTD. and | ) | |
| CREATIVE LABS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR DEFENDANT
CREATIVE LABS, INC. TO RESPOND TO COMPLAINT**

Plaintiff Hybrid Audio, LLC ("Hybrid Audio") respectfully moves for an extension of time of thirty (30) days, up to and including March 31, 2017, for Defendant Creative Labs, Inc. ("Creative Labs") to respond to the Complaint in this case.  In support of this motion, Hybrid Audio states as follows:

1. The parties have been engaged and continue to engage is settlement discussions related to resolving the issues that are the subject of Plaintiff's Complaint.

2. Defendant has not yet made an appearance in this matter.

3. Defendant's response to the Complaint in this action is currently due by March 1, 2017.

4. The parties have agreed to a thirty-day extension of time for Defendant Creative Labs to respond to the Complaint, up to and including March 31, 2017.

5. The parties agree that this extension of time will assist the parties with continuing their settlement negotiations.

6. No previous extensions of time have been requested.

WHEREFORE, Hybrid Audio respectfully requests that this Court extend the time by which Defendant Creative Labs may respond to the Complaint by thirty (30) days, up to and including March 31, 2017.

                                        Respectfully submitted,

DATED:  March 1, 2017                   HYBRID AUDIO, LLC

                                        By:  */s/ Raymond P. Ausrotas*
                                        Raymond P. Ausrotas (BBO #640315)
                                        10 Post Office Square
                                        Suite 1180 North
                                        Boston, MA  02109
                                        Phone:  (617) 849-6200
                                        Facsimile:  (617) 849-6201
                                        rausrotas@arrowoodpeters.com

                                        Timothy Devlin
                                        Delaware Bar No. 4241
                                        DEVLIN LAW FIRM LLC
                                        1306 N. Broom Street, 1st Floor
                                        Wilmington, DE  19806
                                        Phone:  (302) 449-9010
                                        tdevlin@devlinlawfirm.com
                                        (*Pro Hac Vice Pending*)
                                        *Attorneys for Plaintiff Hybrid Audio, LLC*

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel for Plaintiff certifies that on February 28, 2017, he conferred with in-house counsel for Defendant, Russ Swerdon, Creative Labs, Inc. in Milpitas, CA, and that Creative Labs does not oppose this motion.

                                        */s/ Robert Kiddie*
                                        Robert Kiddie

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2017, I electronically filed the foregoing with the Clerk's Office using the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants and paper copies will be sent to those indicated as non-registered participants.

                                        */s/ Raymond P. Ausrotas*
                                        Raymond P. Ausrotas